**WASHINGTON TRUST BANK, as Trustee of the Endowment Care Fund of Greenwood Memorial Terrace Company, Appellee,**

v.

**UNITED STATES of America, Appellant.**

**No. 25219.**

United States Court of Appeals, Ninth Circuit.

July 7, 1971.

Rehearing Denied Aug. 13, 1971.

William Friedlander (argued), Atty. for Tax Div., Johnnie M. Walters, Asst.

**1236**

Atty. Gen., Lee A. Jackson, John M. Kirk, Washington, D. C., Dean C. Smith, U. S. Atty., Spokane, Wash., for appellant.

Eldon Reiley (argued), Myers, Reiley & Annis, Spokane, Wash., for appellee.

Before CHAMBERS and HAMLEY, Circuit Judges, and GOODWIN, District Judge.*

PER CURIAM:

The district court, 301 F.Supp. 713, entered judgment granting a refund of capital-gain taxes paid by plaintiff, a trustee of an endowment fund established under Washington law to provide perpetual care for a profit-making cemetery.

The judgment is reversed, for the reasons stated in Evergreen Cemetery Association of Seattle v. United States of America, 444 F.2d 1232 (9th Cir. 1971).

The difference between a trustee (this case) and a nonprofit corporation (Evergreen Cemetery case) has no bearing upon tax exemption under Internal Revenue Code of 1954, § 501(c) (13).

---

* The Honorable Alfred T. Goodwin, District Judge for the District of Oregon, sitting by designation.